1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Julia K. Doyle (State Bar No.: 245020)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: jjohnston@condonlaw.com
6  Email: jdoyle@condonlaw.com

7  Attorneys for Defendants
   MENZIES AVIATION (USA), INC. and
8  CARGOLUX AIRLINES INTERNATIONAL, S.A.

**JS-6**

9           UNITED STATES DISTRICT COURT FOR THE

10       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11

12  MOUSSA ELSARRAG, an individual,  )  Case No.: SACV08-0511 CJC (RNBx)
                                      )
13            Plaintiff,              )  **[PROPOSED] ORDER**
                                      )
14       vs.                          )
                                      )
15  CARGOLUX AIRLINES                 )
    INTERNATIONAL, S.A., a foreign    )
16  corporation, MENZIES AVIATION     )
    (USA), INC., a Delaware corporation)
17  (originally sued as DOE No. 1) and )
    DOES 2 through 25,                )
18                                    )
              Defendants.             )
19                                    )
                                      )
20  _____)

21                        **[PROPOSED] ORDER**

22      **IT IS HEREBY ORDERED** that Case No. SACV08-0511 CJC (RNBx) is

23  hereby dismissed with prejudice.

24

25  Dated:  September 9, 2009

26                                       _____
                                         Honorable Cormac J. Carney
27                                       United States District Judge

28

---

[PROPOSED] ORDER
CASE NO.: SACV08-0511 CJC (RNBx)                                        7034V.1